QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                **OK/HAV**

Attorney for Defendant
EMEKA CHINEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )   Case No. CR.S-05-157-DFL
          Plaintiff,         )
                             )   **STIPULATION AND ORDER**
     v.                      )   DATE: May 26, 2005
                             )   TIME: 10:00.a.m.
EMEKA CHINEDO,               )   JUDGE: Hon. David F. Levi
                             )
          Defendant.         )
                             )
_____)

     It is hereby stipulated and agreed to between the United States of America through MATT SEGAL, Assistant U.S. Attorney, and defendant, EMEKA CHINEDO by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing of May 12, 2005 at 10:00 a.m. be vacated and a new status conference date set for May 26, 2005 at 10:00 a.m.

     This continuance is being requested because the parties need additional time to confer about a proposed plea agreement, investigate and discuss the appropriate loss amounts in this case, reduce the agreement to writing, and defense counsel must present the plea agreement and information to Mr. Chinedo, and provide them to the Court.

1   Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for May 26, 2005,
3 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4 prepare] (Local Code T4).

DATED: May 12, 2005.                Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender


                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    EMEKA CHINEDO



                                    McGREGOR SCOTT
                                    United States Attorney


DATED: May 12, 2005                 /s/ Rachelle Barbour for
                                    MATT SEGAL
                                    Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: 5/11/2005


                                    DAVID F. LEVI
                                    United States District Judge

2