1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708



**FILED**

FEB 13 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CASE NO. CR 05-157 DFL
                                )
          Plaintiff,            )
                                )   STIPULATION AND ORDER RE
     v.                         )   RESTITUTION
                                )
EMEKA CHINEDO,                  )
                                )
          Defendant.            )
_____)

   The parties stipulate and agree that all of the United States currency and coin seized from the Defendant on March 17, 2005 should be applied towards the restitution ordered in this case.

   There was $56,267.20 in United States currency and coin seized from the Defendant upon his arrest. The FBI has already given $55,000.00 to the Clerk's Office, and has the balance, $1,267.20, in evidence. The Court has ordered restitution to Diane Hicks in the amount of $113,943.09.

   The Clerk's Office has requested an Order directing it to transfer those monies to Diane Hicks, the victim in this case. The parties join in requesting the Court to order the Clerk's
//

1

1 | Office to issue forthwith a $55,000.00 check or money order to
2 | Diane Hicks and, upon receipt of $1,267.20 from the FBI, another
3 | check or money order to Diane Hicks in that amount.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: February 7, 2006        By: _____
                                  MATTHEW D. SEGAL
                                  Assistant U.S. Attorney

DATE: _____             _____
                                  DANIEL BRODERICK
                                  Federal Defender

**SO ORDERED.**

/s/ David F. Levi
HON. DAVID F. LEVI
U.S. District Judge